1160

No. 11–6314.  LEWIS v. WILSON ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–6351.  KANE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–6463.  MANN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–6626.  GARCIA v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–6647.  PARKS v. UNITED STATES; and
No. 11–7068.  BLACKWELL v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  Reported below: 436 Fed. Appx. 192.

No. 11–6711.  PAPADIMITRIOU v. PAPADIMITRIOU.  Ct. Sp. App. Md.  Certiorari denied.

No. 11–6779.  BERNARDEZ v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–6809.  JUSTUS v. SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 11–6820.  THREADGILL v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–6898.  LEVENTHAL v. SCHAFFER ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 11–6914.  BROWN v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–6936.  NUNLEY v. MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 11–7129.  JONES v. KANSAS.  Sup. Ct. Kan.  Certiorari denied.